UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at PIKEVILLE

CIVIL ACTION NO. 7:08-CV-076-KKC

FELIX IBARRA-VILLALVA, JR.,                                                PLAINTIFF

VS:                               **JUDGMENT**

UNITED STATES OF AMERICA AND
B.O.P. DIRECTOR HARLEY LAPPIN,                                         DEFENDANTS

\* \* \* \* \* \* \* \*

In accordance with the Memorandum Opinion and Order entered this date, it is **ORDERED** and **ADJUDGED** as follows:

(1)   Judgment is hereby entered in favor of the Defendants;

(2)   the claims asserted in this action by the Plaintiff are hereby **DISMISSED** without prejudice, and this matter **IS STRICKEN** from the Court's active docket;

(3)   this is a **FINAL** and **APPEALABLE** Judgment; further, there is no just cause for delay; and

(4)   the Court **CERTIFIES** that any appeal would not be taken in good faith.

Dated this 21st day of April, 2008.



Signed By:
_Karen K. Caldwell_  KKC
United States District Judge